JOSEPH R. MAYER, JR., an Infant under the age of Fourteen Years, by JOSEPH R. MAYER, His Guardian ad Litem, Respondent, v. BROOKLYN SAVINGS BANK, Defendant, and EARL DAFFER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay pending application to the Court of Appeals for leave to appeal thereto granted upon the filing of an undertaking, with corporate surety, conditioned for the payment of the judgment in the event of its affirmance. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

THE MOUNT VERNON TRUST COMPANY, Appellant, v. CLARA BERGOFF, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Taylor, J., not voting.

JOHN NEMENYI, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEARD'S ERIE BASIN, INC., Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ROSE ROGONIA, Respondent, v. JOSEPH CIOFFI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

MINNIE ROSENBERG, Appellant, v. ISADORE ROSENBERG, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

MAX ROSENTHAL, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 755.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

CATHERINE S. SASS, as Administratrix, etc., of GERTRUDE M. SIEGEL, Deceased, Respondent, v. ANTON P. HOEFFNER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

EDWARD J. SULLIVAN, Appellant, v. E. VINCENT CURTAYNE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

ALLEN-DREW COMPANY, Respondent, v. SUPERIOR INCINERATOR COMPANY OF TEXAS, INC., Appellant.— Order granting upon terms defendant's motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

ALLEN-DREW COMPANY, Respondent, v. SUPERIOR INCINERATOR COMPANY OF TEXAS, INC., Appellant.— In view of the decision in Allen-Drew Co. v. Superior Incinerator Co. (ante, p. 803), decided herewith, and also upon the ground that an order denying a motion for reargument is not appealable, the appeal therefrom is dismissed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.